(SPACE BELOW FOR FILING STAMP ONLY)

1  MATTHEW T. WAKEFIELD, SBN 175040
   ERIC C. SCHWETTMANN, SBN 188784
2  BALLARD ROSENBERG GOLPER & SAVITT LLP
   10 Universal City Plaza, Sixteenth Floor
3  Universal City, CA 91608-1097
   Telephone: (818) 508-3700
4  Facsimile: (818) 506-4827
   E-Mail: mwakefield@brgslaw.com
5          eschwettmann@brgslaw.com

6  Attorneys for Defendant
   SWISSPORT USA, INC.
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE GRIBBIN, | CASE NO. 3:08-cv-04488-BZ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| SWISSPORT USA, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Notice Of Settlement

1 **TO THIS HONORABLE COURT AND ALL PARTIES:**

2     **PLEASE TAKE NOTICE** that Plaintiff Mike Gribbin and Defendant Swissport
3 U.S.A., Inc. have reached a settlement of the instant matter.

5     Plaintiff and Defendant jointly request that the deadline for the parties to file
6 their Rule 26(f) report, complete initial disclosures, and file a Case Management
7 Statement (currently December 29, 2008) and the Initial Case Management Conference
8 (currently January 5, 2009) be continued to February 2, 2009 and February 9, 2009 to
9 allow the parties to effectuate the settlement and file a joint stipulation for dismissal.

11 DATED: December 23, 2008   McCORMAC & ASSOCIATES

By: _____
JAMES R. GRANT
Attorneys for Plaintiff
MIKE GRIBBIN

16 DATED: December 23, 2008   BALLARD ROSENBERG GOLPER & SAVITT LLP

By: _____
ERIC C. SCHWETTMANN
Attorneys for Defendant
SWISSPORT USA, INC.

So Ordered

24 Dec 08

Notice Of Settlement